1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | CASE NO. 1:12-CR-340 AWI BAM |
|---|---|
12 | Plaintiff,                         | STIPULATION TO CONTINUE DEFENDANT'S MOTION FOR RECONSIDERATION OF MAGISTRATE'S RULING AND ORDER THEREON |
13 | v.                                 | |
14 | VINCENT RIVAZ-FELIX,               | |
15 | Defendant.                         | |

16

17        IT IS HEREBY STIPULATED by and between the defendant Vincent Rivaz-Felix and the

18 United States, through their respective attorney(s) of record, that Motion for Reconsideration currently

19 set for May 20, 2013, may be continued to June 10, 2013.

20        This request is being made due to a scheduling conflict and sets the motion on the same date

21 previously set for a status conference.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

Stipulation to Continue                    1
Motion for Reconsideration

1   The parties agree that pursuant to 18 U.S.C. sec 3161(h)(1)(D) and (h) (7) (A) time shall be shall
2   be excluded from May 20 through and including June 10, 2013, due to the pending motion and in the
3   interest of justice.

4   Dated:  May 14, 2013                          BENJAMIN B. WAGNER
                                                   United States Attorney
5

6                                                  /s/ Kevin P. Rooney
7                                                  KEVIN P. ROONEY
                                                   Assistant United States Attorney
8

9
10  Dated:  May 14, 2013                          /s/  Marc Days
                                                   MARC DAYS
11                                                 Attorney for Defendant, VINCENT RIVAZ-
                                                   FELIX
12

Stipulation to Continue                 2
Motion for Reconsideration

1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            CASE NO. 1:12-CR-340 AWI BAM

12 |               Plaintiff,              ORDER CONTINUING HEARING DATE AND
                                           EXCLUDING TIME
13 |        v.                             FOR DEFENDANT'S MOTION FOR
                                           RECONSIDERATION OF MAGISTRATE'S
14 |                                       RULING

15 | VINCENT RIVAZ-FELIX,

16 |               Defendant.

17

18         IT IS SO ORDERED.   Time is excluded due to the pending motion and in the interests

19 of justice from May 20, 2013, through and including June 10, 2013.  The hearing shall be held on June

20 10, 2013 at 10:00 a.m. in courtroom #2.

21

22

23
   IT IS SO ORDERED.
24
   Dated:  May 14, 2013                    _____
25                                          SENIOR DISTRICT JUDGE

26

27

28

Stipulation to Continue                    3
Motion for Reconsideration