1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MARC DAYS, BAR #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorney for Defendant
6  VICENTE RIVAS-FELIX
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )  Case No.  1:12-cr-00340 AWI-BAM
                                    )
12              *Plaintiff*,        )  **STIPULATION TO ADVANCE STATUS**
                                    )  **CONFERENCE HEARING AND RESET**
13  vs.                             )  **FOR CHANGE OF PLEA; ORDER**
                                    )
14  VICENTE RIVAS-FELIX,            )  DATE:   February 10, 2014
                                    )  TIME:    10:00 a.m.
15              *Defendant*.        )  JUDGE: Hon. Anthony W. Ishii
                                    )
16  _____     )

17         **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18  respective attorneys of record herein, that the status conference hearing in the above-captioned

19  matter now set for March 10, 2014, may be advanced to **February 10, 2014 at 10:00 a.m. and**

20  **reset for change of plea.**

21         This request is made by counsel for Defendant because defendant would like to enter his

22  plea as soon as possible.

23                                        Respectfully submitted,

24                                        BENJAMIN B. WAGNER
                                          United States Attorney
25

26  DATED:  February 6, 2014            /s/  *Kevin P. Rooney*
                                          KEVIN P. ROONEY
27                                        Assistant U.S. Attorney
                                          Attorney for Plaintiff
28

1

2

HEATHER E. WILLIAMS
Federal Defender

DATED:  February 6, 2014

3

/s/ *Marc Days*
MARC DAYS
Assistant Federal Defender
Attorneys for Defendant
VICENTE RIVAS-FELIX

4

5

6

7

8

**O R D E R**

9

        **IT IS SO ORDERED.**  The status conference hearing in the above-referenced matter for

10

defendant Vicente Rivas-Felix now set for March 10, 2014, **is hereby advanced to February**

11

**10, 2014, at 10:00 a.m. and reset for change of plea.**

12

13

IT IS SO ORDERED.

14

Dated:   February 6, 2014                                                                                  
                                              SENIOR  DISTRICT  JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28