BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>VICENTE RIVAS-FELIX,<br><br>                Defendant. | CASE NO. 1:12-CR-00340   AWI BAM<br><br>STIPULATION TO SET HEARING FOR CHANGE OF PLEA AND ORDER THEREON |

Defendant, VINCENTE RIVAS-FELIX, through his counsel, Marc Days and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Kevin P. Rooney, Assistant United States Attorney, hereby stipulate to set a hearing for the defendant's Change of Plea on

///
///
///
///
///
///
///
///

Stipulation to Set Hearing for COP      1

**Monday, March 17, 2014 at 1:00 p.m.** before Senior United States District Judge Anthony W. Ishii.

Dated: 03/07/14                                         BENJAMIN B. WAGNER
                                                        United States Attorney

                                                         /s/ Kevin P. Rooney
                                                        KEVIN P. ROONEY
                                                        Assistant United States Attorney

Dated:
                                                        MARC DAYS
                                                        Attorney for defendant
                                                        VINCENTE RIVAS-FELIX

Dated:
                                                        JANET BATEMAN
                                                        Attorney for Defendant
                                                        VINCENTE RIVAS-FELIX

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that Change of Plea hearing for defendant Vincent Rivas-Felix is set on March 17, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   March 10, 2014                                 _____
                                                        SENIOR  DISTRICT  JUDGE

Stipulation to Set Hearing for COP                      2